Matter of Hoyt (2025 NY Slip Op 03121)

Matter of Hoyt

2025 NY Slip Op 03121

Decided on May 22, 2025

Appellate Division, Third Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered:May 22, 2025

PM-124-25
[*1]In the Matter of James Grier Hoyt, an Attorney. (Attorney Registration No. 4596847.)

Calendar Date:May 19, 2025

Before:Garry, P.J., Egan Jr., Aarons, Reynolds Fitzgerald and Mackey, JJ.

James Grier Hoyt, Derwood, Maryland, pro se.
Monica A. Duffy, Attorney Grievance Committee for the Third Judicial Department, Albany (Alison M. Coan of counsel), for Attorney Grievance Committee for the Third Judicial Department.

Per Curiam.
James Grier Hoyt was admitted to practice by this Court in 2008 and lists a business address in Washington, DC with the Office of Court Administration. Hoyt now seeks leave to resign from the New York bar for nondisciplinary reasons (see Rules for Atty Disciplinary Matters [22 NYCRR] § 1240.22 [a]). The Attorney Grievance Committee for the Third Judicial Department (hereinafter AGC) advises that it does not oppose Hoyt's application.
Upon reading Hoyt's affidavit sworn to April 22, 2025 and filed April 28, 2025, and upon reading the May 15, 2025 correspondence in response by the Deputy Chief Attorney for AGC, and having determined that Hoyt is eligible to resign for nondisciplinary reasons, we grant his application and accept his resignation.
Garry, P.J., Egan Jr., Aarons, Reynolds Fitzgerald and Mackey, JJ., concur.
ORDERED that James Grier Hoyt's application for permission to resign is granted and his nondisciplinary resignation is accepted; and it is further
ORDERED that James Grier Hoyt's name is hereby stricken from the roll of attorneys and counselors-at-law of the State of New York, effective immediately, and until further order of this Court (see generally Rules for Atty Disciplinary Matters [22 NYCRR] § 1240.22 [b]); and it is further
ORDERED that James Grier Hoyt is commanded to desist and refrain from the practice of law in any form in the State of New York, either as principal or as agent, clerk or employee of another; and Hoyt is hereby forbidden to appear as an attorney or counselor-at-law before any court, judge, justice, board, commission or other public authority, or to give to another an opinion as to the law or its application, or any advice in relation thereto, or to hold himself out in any way as an attorney and counselor-at-law in this State; and it is further
ORDERED that James Grier Hoyt shall, within 30 days of the date of this decision, surrender to the Office of Court Administration any Attorney Secure Pass issued to him.